# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**In Re:**

| | |
|---|---|
| **DONALD KENTON KESTER and CHARLOTTE Y. KESTER,** | **Bankruptcy Case 02-24689** |
| **Debtors,** | |
| **DONALD KENTON KESTER,** | |
| **Appellant,** | |
| v. | **CIVIL NO.05-2053-CM** |
| **KMDI, Inc., et al,** | |
| **Appellees,** | |

( )   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

( x )   **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed January 10, 2006 and entered on the docket January 12, 2006, the appeal in this matter is dismissed and the case is remanded to bankruptcy court for further proceedings.

**Dated:  January 12, 2006**                           **RALPH L. DeLOACH, CLERK**

                                                                  **/s/Yolanda J. Holman**
                                                                  **Yolanda J. Holman, Deputy Clerk**

**ENTERED ON THE DOCKET DATE: 1/12/06**